IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL T. MILLER, III | CRIMINAL ACTION NO.<br>1:21-CR-00142-TWT-CMS-1 |

ORDER GRANTING ADDITIONAL TIME TO FILE PRETRIAL MOTIONS AND CONTINUE PRETRIAL CONFERENCE

The Court finds that for good cause shown, it is necessary to extend the time for the Defendant to file pretrial motions and to continue the pretrial conference. The Court finds that the interests of justice in continuing the pretrial motions deadline and in holding the pretrial conference substantially outweigh the interests of the public and defendants in the speedy resolution of this matter, and thus the Clerk is directed to count as excludable any delay occurring in extending the motions deadline and the holding of the pretrial conference. Title 18 U.S.C. § 3161, *et seq.*

IT IS HEREBY ORDERED that the Pretrial Conference in this matter shall be held on March 7, 2022 at 1:30 p.m. by Zoom and the Defendant shall file Pretrial Motions by March 3, 2022.

SO ORDERED, this 31st day of January, 2022.

_Catherine Salinas_
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE