IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No.: 1:21-CR-00142-TWT-CMS |
| | ) |
| DANIEL T. MILLER, | ) |
| Defendant. | ) |

**MOTION TO CONTINUE PRETRIAL CONFERENCE
AND DEADLINE FOR PRETRIAL MOTIONS**

COMES NOW the Defendant above-named, by and through undersigned counsel, and moves this Court to enter an Order Continuing the Pretrial Conference and Deadline for Pretrial Motions, in the above-captioned matter. In support thereof, Defendant shows as follows:

1. The Defendant's Pretrial Conference is scheduled for June 13, 2022, at 10:00 a.m. and pretrial motions are currently due on or before June 10, 2022, in the above-captioned matter.

2. Discovery in this matter is voluminous and undersigned counsel will need additional time for his review of said discovery and to file any pretrial motions on Mr. Miller's behalf.

3. The Defendant requests that the Court grant his request and enter an Order to continue the Pretrial Conference to a later date and allow him thirty (30) days

1

from June 10, 2022, in which to file pretrial motions and to exclude the amount of time pursuant to the provisions of the Speedy Trial Act.

4. Undersigned attempted to contact AUSA, Calvin Leipold, but as of the time of this filing has not received a response.

WHEREFORE, based upon the within and foregoing, the Defendant requests that this Motion to Continue Pretrial Conference and Deadline for Pretrial Motions be granted and to exclude the time pursuant to the provisions of the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (7)(A).

This 10th day of June 2022.

Respectfully submitted,

/s/ Bruce S. Harvey
LAW OFFICE OF BRUCE S. HARVEY
ATTORNEY FOR DEFENDANT
Bruce S. Harvey, #335175
bruce@bharveylawfirm.com
146 Nassau Street, NW
Atlanta, Georgia 30303
(404) 659-4628

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the within and foregoing Motion to Continue Pretrial Conference and Deadline for Pretrial Motions using the Court's CM/ECF system which will deliver a copy to all registered to receive service via CM/ECF, addressed as follows:

>Calvin Leipold AUSA
>Office of the United States Attorney-ATL 600
>600 United States Courthouse
>75 Ted Turner Dr., S.W.
>Atlanta, GA 30303

This 10th day of June 2022.

>/s/ Bruce S. Harvey
>LAW OFFICE OF BRUCE S. HARVEY
>ATTORNEY FOR DEFENDANT
>Bruce S. Harvey, #335175
>bruce@bharveylawfirm.com
>146 Nassau Street, NW
>Atlanta, Georgia 30303
>(404) 659-4628

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No.: 1:21-CR-00142-TWT-CMS |
| DANIEL T. MILLER, | ) |
| Defendant. | ) |

### ORDER

For good cause shown, the motion by the Defendant to continue the pretrial conference and deadline for pretrial motions is GRANTED. The pretrial conference is re-scheduled to the ____ day of _____, 2022, at _____ __.m. The defendant shall have until ____ day of _____, 2022, to file any pretrial motions.

The Court finds that the ends of justice in permitting this continuance outweighs the Defendant's and public's interest in a speedy trial, and thus the Court directs that all time from the ____ day of _____, 2022, through the ____ day of _____, 2022, be excluded from Speedy Trial calculations, 18 USC §3161.

SO ORDERED, this ____ day of _____, 2022.

_____
HON. CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE