# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>)<br>) |
| v. | ) No.: 1:21-CR-00142-TWT-CMS<br>) |
| DANIEL T. MILLER, III,<br>    Defendant. | )<br>)<br>) |

## ORDER

For good cause shown, the motion by the Defendant [Doc. 44] to continue the pretrial conference and deadline for pretrial motions is GRANTED. The pretrial conference is re-scheduled to July 14, 2022, at 9:30 a.m. by Zoom. The defendant shall have until July 13, 2022, to file any pretrial motions.

The Court finds that the ends of justice in permitting this continuance outweighs the Defendant's and public's interest in a speedy trial, and thus the Court directs that all time from June 13, 2022, through July 14, 2022, be excluded from Speedy Trial calculations, 18 USC §3161.

SO ORDERED, this 13th day of June, 2022.

_____
CATHERINE M. SALINAS
UNITED STATES MAGISTRATE JUDGE