IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | NUMBER 1:21-CR-142-TWT-CMS |
| DANIEL T. MILLER, III, | |
| Defendant. | |

**O R D E R**

For good cause shown, the motion by the defendant to continue the evidentiary hearing [Doc. No. 58] is GRANTED. The evidentiary hearing is rescheduled to May 4, 2023, at 10:00 a.m. in courtroom 1810.

The time from January 19, 2023, to and until May 4, 2023, is excluded from the Speedy Trial Act computation under 18 U.S.C. §3161.

IT IS SO ORDERED this 24th day of March, 2023.

_____
CATHERINE M. SALINAS
United States Magistrate Judge