IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

        v.

DANIEL T. MILLER, III
also known as
Daniel Theodore Miller,

    Defendant.

CIVIL ACTION FILE NO.

1:21-CR-142-TWT

**ORDER**

This is an action. It is before the Court on the Report and Recommendations [Doc. 103 & 113] of the Magistrate Judge recommending that the Defendant's Motions to Suppress [Doc. 48 & 53] be denied. There was sufficient probable cause to support issuance of the state search warrant for the Defendant's cell phone and the warrant described with adequate particularity the items to be seized. The warrant was obtained within a reasonable amount of time after the phone was seized during the traffic stop. The federal search warrant was not the fruit of an illegal arrest. There was sufficient probable cause for issuance of the search warrant for the Defendant's apartment. The search warrant was sufficiently particularized as to the items to be seized and was not overbroad.

There was sufficient probable cause for issuance of the five devices search warrant. The delay in obtaining the search warrant was not unreasonable. The Court approves and adopts the Report and Recommendations as the judgment of the Court. The Defendant's Motions to Suppress [Doc. 48 & 53] are DENIED.

SO ORDERED, this __8th__ day of April, 2026.


_____
THOMAS W. THRASH, JR.
United States District Judge